Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GARY FEINERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8520 | **DATE** | 10-29-2012 |
| **CASE TITLE** | Vashaun C. Williams (#2008-0017916) vs. Supt. Thomas, et al. | | |

**DOCKET ENTRY TEXT:**

Because he has "struck out" under 28 U.S.C. § 1915(g), Plaintiff's motion for leave to proceed *in forma pauperis* [3] is denied. Unless Plaintiff pre-pays the full statutory filing fee of $350.00 by 11/19/2012, this case will be summarily dismissed. *See* Local Rule 3.3(e) (N.D. Ill). Plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ **[For further details see text below.]**   **Docketing to mail notices.**

## STATEMENT

Plaintiff Vashaun C. Williams, a pretrial detainee in the custody of the Cook County Department of Corrections, brought this *pro se* action under 42 U.S.C. § 1983. Plaintiff claims that Defendants, who are jail officials, violated his constitutional rights by interfering with his access to the courts.

Plaintiff seeks leave to proceed *in forma pauperis*. The Prison Litigation Reform Act provides that a prisoner may not bring a civil action or appeal a civil judgment as a pauper "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a Court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This provision applies to Plaintiff. At three of his prior federal actions, all of which were filed while he was incarcerated or detained, have been dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Williams v. Walker*, Case No. 09 C 2475 (N.D. Ill.), dismissed by Minute Order of May 28, 2009 (Darrah, J.); *Williams v. Chicago Police Dept.*, Case No. 10 C 0752 (N.D. Ill.), dismissed by Minute Order of May 6, 2010 (Leinenweber, J.); *Williams v. Dart*, Case No. 10 C 4174 (N.D. Ill.), dismissed by Memorandum Opinion and Order of September 22, 2011 (Feinerman, J.); *Williams v. Brown*, Case No. 10 C 6857 (N.D. Ill.), dismissed by Minute Order of October 28, 2010 (Conlon, J.); and *Williams v. Dart*, Case No. 10 C 6858 (N.D. Ill.), dismissed by Minute Order of January 13, 2011 (Pallmeyer, J.). **(CONTINUED)**

mjm

## STATEMENT

Plaintiff's current complaint, which concerns allegations that he is being denied access to the Jail's law library, does not involve imminent danger of serious physical injury. Accordingly, § 1915(g) prevents him from proceeding without the full prepayment of the $350.00 filing fee. It follows that Plaintiff's motion for leave to file *in forma pauperis* is denied. If Plaintiff fails to pre-pay the $350.00 filing fee by November 19, 2012, the court will enter judgment dismissing this case. *See* Local Rule 3.3(e) (N.D. Ill).